**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: SHAMROCK MARINE, LLC AS OWNER OF THE M/V DEUCE ARMENTOR PRAY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 2:26-CV-85<br><br>SECTION C (5) |

**NOTICE OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**

**NOTICE IS HEREBY GIVEN** that Shamrock Marine, LLC as owner of the M/V DEUCE ARMENTOR have filed a Complaint pursuant to Title 46 of the United States Code, § 30505, *et seq.*, claiming the right to exoneration from and/or limitation of liability with respect to all claims allegedly resulting from an incident which occurred on or around December 5, 2025, all as is more fully set forth in the Complaint.

All persons asserting claims with respect to which the Complainants seek limitation are admonished to file their respective claims with the Clerk of this Court and to serve a copy on the attorneys for the Complainants, Staines, Eppling & Kenney, LLC, James A. Crouch, Jr., 3500 North Causeway Boulevard, Suite 820, Metairie, Louisiana 70002, a copy thereof, on or before the 15th day of July, 2026, at 12 o'clock p.m., or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right to exoneration from, or the right to limitation of liability, shall file and serve an answer and claims to the Complaint, unless his or her claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure governing certain Admiralty and Maritime claims.

**Carol L. Michel**
Name of clerk of court

Deputy clerk's signature

**Date:** **Jan 16 2026**